# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

136655

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RUSSELL LABARGE, JR., Conservator for
Leo Saffaleo, and MONA AL-FALAHAT,
      Plaintiffs-Appellees,

v

WALGREEN COMPANY., a/k/a WALGREENS,
      Defendant-Appellant,

and

RDC ENTERPRISES, INC., LINDHOUT
ASSOCIATES, ARCHITECTS, A.I.A., P.C.,
ICON IDENTITY SOLUTIONS, INC., and
J.G. MORRIS, L.C.C., d/b/a J.G. MORRIS
COMPANY,
      Defendants.
_____/

SC: 136655
COA: 281923
Livingston CC: 06-022024-CZ

      On order of the Court, the application for leave to appeal the May 1, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

s0828

_____
Clerk